**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation, COLONIAL PACIFIC LEASING CORPORATION, a Delaware Corporation,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Action No. 4:10-CV-00218** |
| **v.** | ) ) ) | |
| **RODMAN, LLC.,** | ) ) | |
| **Defendant.** | ) ) | |

**PLAINTIFFS GENERAL ELECTRIC CAPITAL CORPORATION AND
COLONIAL PACIFIC LEASING CORPORATION'S STATUS REPORT**

General Electric Capital Corporation and Colonial Pacific Leasing Corporation (hereinafter collectively, "GE Capital") file this Status Report pursuant to the Court order of February 3, 2014 [Doc. 54] and would show the Court the following:

GE Capital has repossessed the majority of the Loan and Lease Equipment that was subject to the Court's preliminary injunction order [Doc.26].

On January 5, 2011, Rodman, LLC filed for Chapter 7 Bankruptcy, Case No. 11-40097; *In Re: Rodman, LLC*, which is still pending in the United States Bankruptcy Court, Eastern District of Texas, Sherman Division, thereby triggering an automatic stay of this proceeding pursuant to 11 U.S.C. § 362.

On June 24, 2011 GE Capital filed a Motion for Relief from Automatic Stay with Waiver of 30-day Hearing Requirement as to Construction Equipment in the above-referenced bankruptcy matter. On July 22, 2011, the court entered an Order for Relief from Automatic Stay granting GE Capital relief with respect to the Equipment, including the right to pursue recovery and liquidate the Equipment and to take action to dissolve the Bond. On September 6, 2012, the U.S. District Court for the Eastern District ordered that the Bond be dissolved.

Case No. 11-40097, *In Re: Rodman LLC* is still pending in the United States Bankruptcy Court, Eastern District of Texas, Sherman Division, thus necessitating the continued stay of this matter in United States District Court, Eastern District of Texas, Sherman Division. GE Capital intends to pursue its rights in the present matter when the stay is lifted in the bankruptcy matter.

DATED:  March 3, 2014

Respectfully submitted,

By:  /s/ John B. Shipp
       JOHN B. SHIPP

**John B. Shipp**
State Bar No. 00793090

**John Shipp, Attorney at Law**
104440 N. Central Expy, Suite 800
Dallas, Texas 75231
Telephone:    (214) 265-6592
Telecopier:    (214) 265-6525

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On March 3, 2014, I certify that a copy of Plaintiffs General Electric Capital Corporation and Colonial Pacific Leasing Corporation's Status Report was served on the following:

W. Todd Albin                                                                              VIA ECF
ALBIN HARRISON ROACH
5601 Granite Pkwy., Suite 400
Plano, Texas  75024
Telephone:    (214) 423-5100
*Counsel for Rodman, LLC*

John Paul Stanford                                                                        VIA ECF
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
Telephone:    (214) 880-1851
*Counsel for Rodman, LLC*

Rod Vilhauer, Chief Executive Officer                                           VIA CM/RRR
RODMAN, LLC
6831 Ash Street
Frisco, Texas  75034

/s/ John B. Shipp
JOHN B. SHIPP