**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation, COLONIAL PACIFIC LEASING CORPORATION, a Delaware Corporation,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Action No. 4:10-CV-00218** |
| **v.** | ) ) ) | |
| **RODMAN, LLC.,** | ) ) | |
| **Defendant.** | ) | |

**PLAINTIFFS GENERAL ELECTRIC CAPITAL CORPORATION AND
COLONIAL PACIFIC LEASING CORPORATION'S  STATUS REPORT**

General Electric Capital Corporation and Colonial Pacific Leasing Corporation (hereinafter collectively, "GE Capital") files this Status Report pursuant to the Court order of November 7, 2016 [Doc. 65] and state as follows:

GE Capital has repossessed the majority of the loan and lease equipment (collectively, the "Equipment") that was subject to the Court's preliminary injunction order [Doc.26].

On January 5, 2011, Rodman, LLC filed for relief under chapter 7 of title 11 of the United States Code, which case was docketed as Case No. 11-40097 before the United States Bankruptcy Court, Eastern District of Texas, Sherman Division (the "Bankruptcy Case"), thereby triggering an automatic stay of this proceeding pursuant to 11 U.S.C. § 362.

On June 24, 2011 GE Capital filed a Motion for Relief from Automatic Stay in the Bankruptcy Case, pursuant to which it sought stay relief to locate and recover any items of the Equipment not yet in the possession or control of GE Capital.

On July 22, 2011, the bankruptcy court entered an Order for Relief from Automatic Stay granting GE Capital relief with respect to the Equipment, including the right to pursue recovery and liquidate the Equipment and to take action to dissolve the Bond.

On September 6, 2012, this Court ordered that the Bond be dissolved.

The Bankruptcy Case was closed on June 13, 2016.  Despite this closure, there remain multiple items of Equipment that have not yet been located and recovered by GE Capital.

On November 7, 2016, the Court granted GE Capital's request for (30) days to negotiate with Defendant to determine if it can reach a possible resolution to resolve this matter and

establish a procedure to recover the remaining Equipment, which was the subject of the Court's preliminary injunction order [Doc.26].

GE Capital and Defendant have discussed the possible resolution of this matter but have been unable to come to an agreement to date. While GE Capital is still hopeful resolution can be reached, one of the decision makers for Defendant is out of the country this week. GE Capital would request two (2) additional weeks to reach an agreement to resolve this matter.  If the parties are unable to do so during that time, GE Capital would request the Court set this matter for trial no earlier than six months from today's date so that GE Capital can complete discovery, file a motion for summary judgment as applicable, and otherwise prepare for trial.

DATED:  December 7, 2016                         Respectfully submitted,

By:  /s/ John B. Shipp
       JOHN B. SHIPP

**John B. Shipp**
State Bar No. 00793090

**John Shipp, Attorney at Law**
104440 N. Central Expy, Suite 800
Dallas, Texas 75231
Telephone:    (214) 265-6592
Telecopier:    (214) 265-6525

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On December 7, 2016, I certify that a copy of Plaintiffs General Electric Capital Corporation and Colonial Pacific Leasing Corporation's Status Report was served on all counsel of record via ECF.

/s/ John B. Shipp
JOHN B. SHIPP